32 A.3d 1241

COMMONWEALTH of Pennsylvania, Respondent

v.

Damtyell VAUGHTER, Petitioner.

Supreme Court of Pennsylvania.

Nov. 10, 2011.

No. 364 EAL 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 10th day of November, 2011, the Application for Post-submission Communication and the Petition for Allowance of Appeal are hereby **DENIED.**